# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RONNIE WOMACK, SR.                                                                              PLAINTIFF

v.                                      No. 4:12CV00127 JLH

EVERGREEN PACKAGING INC.;
and JOHN DOE No. 1                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is remanded to the Circuit Court of Jefferson County, Arkansas.

IT IS SO ORDERED this 12th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE